IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

R.K./FL Management, Inc.,

R.K. Associates VII, Inc.,

17070 Collins Avenue Shopping Center, Ltd.,

Raanan Katz, and Daniel Katz,

Plaintiffs,

CASE No. 11-17842 CA32

v.

John Doe,

Defendant

_____/

### NOTICE OF UNAVAILABILITY

Defendant John Doe hereby files this notice stating that undersign will be unavailable from July 1, 2011 through September 2, 2011.

Defendant requests that no hearings, depositions, mediations, another proceedings requiring Defendant attendance, be scheduled during that time period.

Respectfully submitted,
By:

_____
John Doe

Exhibit B

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was furnished via certified and regular U.S. mail to Todd A. Levine, Kluger Kaplan Silverman Katzen & Levine PL, 201 S Biscayne Blvd Fl 17, Miami, FL 33131 on this 22 day of June, 2011

_____
John Doe

Exhibit B