UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:11-cv-22657-MGC

R.K./Fl MANAGEMENT, INC., a Florida corporation, R.K. ASSOCIATES VII, INC., a Florida corporation, 17070 COLLINS AVENUE SHOPPING CENTER, LTD., a Florida corporation, RAANAN KATZ, an individual, and DANIEL KATZ, an individual,
    Plaintiffs,
vs.
JOHN DOE,
    Defendant.

_____/

**REPLY IN SUPPORT OF SECOND MOTION TO CONSOLIDATE ACTIONS**

    Defendant, JOHN DOE, (hereinafter collectively "DOE") hereby files this Reply in support of its second motion for consolidation of actions regarding the captioned case and another case (11-cv-22672-MGC) before this Court in the Southern District, involving the same parties and virtually identical issues, namely Plaintiffs, R.K./Fl MANAGEMENT, INC., a Florida corporation, R.K. ASSOCIATES VII, INC., a Florida corporation, 17070 COLLINS AVENUE SHOPPING CENTER, LTD., a Florida corporation, RAANAN KATZ, an individual, and DANIEL KATZ, an individual (collectively "RKA").

    RKA's Response brief (DE 17) **does not object to consolidation** and specifically states that they agree to said consolidation. As a result, no further arguments in support of the motion are

1

necessary. RKA's complaints about the Counter-Defendant action by DOE are irrelevant to the instant motion.

Wherefore, DOE requests that this Court consolidate the two cases identified above.

Dated: August 18, 2011                                     Respectfully submitted,

By: /RobertKain/
Robert C. Kain, Jr. (266760)
rkain@complexip.com
Darren Spielman (010868)
Dspielman@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
Telephone:   (954) 768-9002
Facsimile:   (954) 768-0158
Attorneys for Defendant, John Doe

Marc J. Randazza (625566)
Randazza Legal Group
187 Calle Magdalena
Suite Number 114
Encinitas, California 92024
Phone: (888) 667-1113
Fax:    (305) 437-7662
mjr@randazza.com
Attorneys for Defendant Doe

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Todd Levine, Esq.
Lindsay Haber, Esq.
Kluger, Kaplan, et al.
Miami Center, 17th Floor
201 S. Biscayne Blvd., Suite 1700
Miami, FL 33131
305-379-9000
fax 305-379-3428

                                              /RobertKain/
                                              Robert C. Kain, Jr.
                                              Florida Bar No. 266760

G:\RCK\CLIENTS\RK-v-John-Doe\plead-fed-mot-consolidate-2nd-reply.wpd