UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22657-Civ-COOKE/TURNOFF
Case No. 11-22672-Civ-COOKE/TURNOFF

R.K./F1 MANAGEMENT, *et al.*,

    Plaintiffs
vs.

JOHN DOE,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

THIS MATTER is before me on the Defendant's Second Motion to Consolidate *R.K./F1 Management, et al. v. John Doe,* Case No. 11-22657-Civ-MGC and *John Doe v. R.K./F1 Management*, Case No. 11-22672-Civ-MGC. Having considered Defendant's motion and the record of both cases, I find the two actions to be related as they involve substantially the same transactions and parties. Accordingly, I **ORDER and ADJUDGE** that Defendant's Second Motion to Consolidate Cases (ECF No. 12) is **GRANTED** as follows:

1.    *John Doe v. R.K./F1 Management*, Case No. 11-22672-Civ-MGC is **CONSOLIDATED** with related lower-numbered action, *R.K./F1 Management, et al. v. John Doe,* Case No. 11-22657-Civ-MGC, including all claims and causes of action.

2.    Higher-numbered action *John Doe v. R.K./F1 Management*, Case No. 11-22672-Civ-MGC is *administratively CLOSED* for statistical purposes only. All filings going forward must be filed in *R.K./F1 Management, et al. v. John Doe,* Case No. 11-22657-Civ-MGC.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of August 2011.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*