UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22657-Civ-COOKE/TURNOFF

R.K./FL MANAGEMENT, INC. a Florida
corporation, R.K. ASSOCIATES VII, INC.,
a Florida corporation, 17070 COLLINS
AVENUE SHOPPING CENTER, LTD., a
Florida corporation, RAANAN KATZ, an
individual, and DANIEL KATZ, an
individual,

      Plaintiffs,

v.

JOHN DOE,

      Defendant.
_____/

**PLAINTIFFS' REQUEST
FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS**

      Plaintiffs, R.K./FL MANAGEMENT, R.K. ASSOCIATES VII, INC., 17070 COLLINS AVENUE SHOPPING CENTER, LTD., RAANAN KATZ, and DANIEL KATZ (collectively, the "Plaintiffs"), through their undersigned counsel, file this Request for Oral Argument on Defendant's Motion to Dismiss, and state:

      1.    In the event this Court denies Plaintiffs' pending Motion to Remand, in accordance with Local Rule 7.1(b)(1), Plaintiffs request oral argument on Defendant's Motion to Dismiss.

      2.    Plaintiffs believe oral argument will assist the Court in its consideration of the numerous issues presented in the motion, opposition, and reply.

3. Plaintiffs estimate that 30-45 minutes is needed for oral argument on Defendant's Motion to Dismiss.

**WHEREFORE**, Plaintiffs, R.K./FL MANAGEMENT, R.K. ASSOCIATES VII, INC., 17070 COLLINS AVENUE SHOPPING CENTER, LTD., RAANAN KATZ, and DANIEL KATZ respectfully request in the event this Court denies Plaintiffs' pending Motion to Remand, that this Court grant Oral Argument on Defendant's Motion to Dismiss.

Respectfully submitted,

By: s/Alan J. Kluger
Alan J. Kluger
Fla. Bar. No. 200379
akluger@klugerkaplan.com
Todd A. Levine, Esq.
Fla. Bar No. 899119
tlevine@klugerkaplan.com
Lindsay B. Haber, Esq.
Fla. Bar No. 85026
lhaber@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 29th, 2011, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. **I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this 29th day of August, 2011 to: **Robert C. Kain, Jr.**, Kain & Associates, Attorneys at Law, P.A., 900 Southeast Third Avenue, Suite 205, Ft. Lauderdale, Florida 33316.

By: s/Alan J. Kluger
Alan J. Kluger

## SERVICE LIST

Alan J. Kluger
Fla. Bar No. 200379
akluger@klugerkaplan.com
Todd A. Levine
Fla. Bar No. 599119
tlevine@klugerkaplan.com
Lindsay B. Haber
Fla. Bar No. 85026
lhaber@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
2001 South Biscayne Blvd.
Miami, Florida 33131
Telephone:    (305) 379-9000
Facsimile:    (305) 379-3428
*Attorneys for Plaintiffs*

Robert C. Kain, Jr.
Fla. Bar No. 266760
rkain@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
Telephone:    (954) 768-9002
Facsimile:    (954) 768-0158
*Attorneys for Defendant*