UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **1:11-CV-22657-MGC**

R.K./FL Management, Inc., R.K. Associates VII, Inc., 17070 Collins Avenue Shopping Center, Ltd., Raanan Katz, and Daniel Katz

    Plaintiff

vs.

**John Doe**

    Defendant.
_____/

FILED by PLG D.C.
SEP 0 6 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

(Second) **NOTICE OF CHANGE OF ADDRESS**

Attorney **Lindsay B. Haber** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm:  **Kluger, Kaplan, Silverman, Katzen & Levine, P.L.**

    Address:    **201 S. Biscayne Blvd., 17th Floor**
                    **Miami, Florida 33131**

**Certificate of Service**

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Robert C. Kain, Jr, Kain & Associates, Attorneys at Law, P.A., 900 SE 3rd Avenue, Ste. 205, Ft. Lauderdale, Florida 33316-1153.

Dated: **September 1, 2011**

Respectfully submitted, *Lindsay Haber* (signature)

**Lindsay B. Haber**  **85026**
*Attorney Name*  *Bar Number*

**lhaber@klugerkaplan.com**
*Attorney E-mail Address*

**Kluger, Kaplan, Silverman, Katzen & Levine, P.L.**
*Firm Name*

**201 S. Biscayne Blvd., 17th Floor**
*Street Address*

**Miami, Florida 33131**
*City, State, Zip Code*

**305-379-9000**  **305-379-3428**
*Telephone: (xxx)xxx-xxxx*  *Facsimile: (xxx)xxx-xxxx*

**Attorney for Plaintiffs**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*