UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22657-Civ-COOKE/TURNOFF

R.K./FL MANAGEMENT, INC., *et al.*,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

_____/

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A
SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT
OF HIS MOTION FOR RECONSIDERATION OF ORDER
DENYING MOTION TO QUASH AND FOR PROTECTIVE ORDER**

    Plaintiffs, R.K./FL MANAGEMENT, R.K. ASSOCIATES VII, INC., 17070 COLLINS AVENUE SHOPPING CENTER, LTD., RAANAN KATZ, and DANIEL KATZ (collectively, the "Plaintiffs"), through their undersigned counsel, request that this Court permit Plaintiffs to file a brief Sur-Reply to Defendant's Reply in Support of His Motion for Reconsideration of Order Denying Motion to Quash and for Protective Order (the "Reply") [D.E. 36] to enable Plaintiffs to respond to new arguments raised in the Reply and the Supplemental Declaration of Robert C. Kain, Jr. (the "Supplemental Declaration") attached thereto, which were not previously raised in either the Motion for Reconsideration of Order Denying Motion to Quash and for Protective Order [D.E. 15] or the Declaration of Robert C. Kain, Jr. attached thereto. The purpose of the brief Sur-Reply is to discuss Defendant's further mischaracterizations of the law and facts that permeate the Reply and the Supplemental Declaration.

Respectfully submitted,

By: s/Alan J. Kluger
Alan J. Kluger
Fla. Bar. No. 200379
akluger@klugerkaplan.com
Todd A. Levine, Esq.
Fla. Bar No. 899119
tlevine@klugerkaplan.com
Lindsay B. Haber, Esq.
Fla. Bar No. 85026
lhaber@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2011, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. **I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this 21[th] day of September, 2011 to: **Robert C. Kain, Jr.**, Kain & Associates, Attorneys at Law, P.A., 900 Southeast Third Avenue, Suite 205, Ft. Lauderdale, Florida 33316.

By: s/Alan J. Kluger
Alan J. Kluger

## SERVICE LIST

Alan J. Kluger
Fla. Bar No. 200379
akluger@klugerkaplan.com
Todd A. Levine
Fla. Bar No. 599119
tlevine@klugerkaplan.com
Lindsay B. Haber
Fla. Bar No. 85026
lhaber@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
2001 South Biscayne Blvd.
Miami, Florida 33131
Telephone:   (305) 379-9000
Facsimile:   (305) 379-3428
*Attorneys for Plaintiffs*

Robert C. Kain, Jr.
Fla. Bar No. 266760
rkain@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
Telephone:   (954) 768-9002
Facsimile:   (954) 768-0158
*Attorneys for Defendant*