UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22657-Civ-COOKE/TURNOFF

R.K./FL MANAGEMENT, INC. a Florida
corporation, R.K. ASSOCIATES VII, INC.,
a Florida corporation, 17070 COLLINS
AVENUE SHOPPING CENTER, LTD., a
Florida corporation, RAANAN KATZ, an
individual, and DANIEL KATZ, an
individual,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.
_____/

## NOTICE OF STRIKING DOCKET 39

Plaintiffs, R.K./FL MANAGEMENT, R.K. ASSOCIATES VII, INC., 17070 COLLINS AVENUE SHOPPING CENTER, LTD., RAANAN KATZ, and DANIEL KATZ (collectively, the "Plaintiffs"), hereby file this NOTICE OF STRIKING DOCKET 39.

Respectfully submitted,

By: s/Alan J. Kluger
    Alan J. Kluger
    Fla. Bar. No. 200379
    akluger@klugerkaplan.com
    Todd A. Levine, Esq.
    Fla. Bar No. 899119
    tlevine@klugerkaplan.com
    Lindsay B. Haber, Esq.
    Fla. Bar No. 85026
    lhaber@klugerkaplan.com
    KLUGER, KAPLAN, SILVERMAN,
    KATZEN & LEVINE, P.L.
    Miami Center, Seventeenth Floor
    201 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile: (305) 379-3428
    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 21, 2011, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. **I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this 21st day of September, 2011 to: **Robert C. Kain, Jr.**, Kain & Associates, Attorneys at Law, P.A., 900 Southeast Third Avenue, Suite 205, Ft. Lauderdale, Florida 33316.

By: s/Alan J. Kluger
    Alan J. Kluger

**SERVICE LIST**

Alan J. Kluger
Fla. Bar No. 200379
akluger@klugerkaplan.com
Todd A. Levine
Fla. Bar No. 599119
tlevine@klugerkaplan.com
Lindsay B. Haber
Fla. Bar No. 85026
lhaber@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
2001 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
*Attorneys for Plaintiffs*

Robert C. Kain, Jr.
Fla. Bar No. 266760
rkain@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
Telephone: (954) 768-9002
Facsimile: (954) 768-0158
*Attorneys for Defendant*